OPINION — AG — ** HIGHWAYS — TRAVEL — SPEED LIMIT ** A JUSTICE OF THE PEACE CANNOT LEGALLY DEMAND, ASSESS, AND ACCEPT " FEES, COSTS, AND MILEAGE " IN A CRIMINAL CASE IN WHICH THE DEFENDANT IS CHARGED WITH VIOLATING THE SPEED LIMIT FIXED BY 47 O.S. 121.3 [47-121.3](E) IF THE COMPLAINT FILED WITH HIM HAS NOT BEEN APPROVED BY THE COUNTY ATTORNEY, AND THAT, IF HE DOES SO, HE IS GUILTY OF A MISDEMEANOR. (EXPENSES, JURISDICTION) CITE: 47 O.S. 106 [47-106], 47 O.S. 107 [47-107] (J. H. JOHNSON)